UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO P. SMITH,<br><br>Defendant. | No. CR18-012-RSL<br>~~MJ18-246-JCC~~<br>CR18-246 RSL<br><br>ORDER TO<br>SEAL DOCUMENT |

THIS MATTER has come before the undersigned on the motion of to file Defendant's Motion for Competency Hearing and Evaluation, and Memorandum in Support together with the supporting declaration under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant's Motion for Competency Hearing and Evaluation, and Memorandum in Support together with the supporting declaration be filed under seal.

//
//
//
//
//
//
//

ORDER TO SEAL DOCUMENT - 1
(*United States v. Smith* / CR18-012-RSL; CR18-246-JCC)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

DATED this 1st day of November, 2018.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Dennis Carroll*
Federal Public Defender
Attorney for Antonio P. Smith

ORDER TO SEAL DOCUMENT - 2
(*United States v. Smith* / CR18-012-RSL; CR18-246-JCC)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**