Judge Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ANTONIO P. SMITH,<br><br>Defendant. | NO. CR18-0246JCC<br><br>**ORDER REGARDING SPEEDY TRIAL ACT** |

On October 15, 2018, the defense moved for a competency evaluation. Dkt. 14. On November 6, 2018, the Court granted the motion and ordered that the evaluation be conducted. Dkt. 18. The Court hereby ORDERS that all time from the date of the defense motion, October 15, 2018, until a final determination of competency is made by

ORDER REGARDING SPEEDY TRIAL ACT/SMITH - 1

this Court, shall be excluded under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(1)(A).

DATED this 20th day of November 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

ANNETTE L. HAYES
United States Attorney

/s/ Thomas Woods
THOMAS M. WOODS
Assisted United States Attorney

Approved by:

/s/ Dennis Carroll
DENNIS CARROLL
Office of the Federal Public Defender
Attorney for Antonio Smith