UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-246RSL |
| --- | --- |
| Plaintiff, | NO. CR18-012RSL |
| v. | **ORDER EXTENDING TIME FOR COMPLETION OF EVALUATION** |
| ANTONIO P. SMITH, | |
| Defendant. | |

The COURT, having considered the request by the Bureau of Prisons for additional time to complete competency and criminal responsibility evaluations, and the Defendant's opposition thereto, HEREBY grants the Bureau of Prisons' request.

The study period must end no later than January 22, 2019, with the final report submitted no later than February 6, 2019.

Dated this 11th day of January, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Thomas Woods*
THOMAS M. WOODS
Assisted United States Attorney

ORDER REGARDING EVALUATION - 1
U.S. v. SMITH/CR18-246RSL & CR18-012RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970