1

2         THE HONORABLE ROBERT S. LASNIK

3

4       UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON

5           AT SEATTLE

6
 UNITED STATES OF AMERICA,  ) Nos. CR18-012-RSL

7     Plaintiff,     )   CR18-246-RSL
             )

8     v.       ) (~~PROPOSED~~) ORDER GRANTING *EX*

9             ) *PARTE* MOTION TO WITHDRAW AS
 ANTONIO P. SMITH,     ) COUNSEL AND FOR SUBSTITUTION

10           ) OF CJA COUNSEL
     Defendant.    )

11           )

12     THIS COURT has reviewed the *ex parte* motion by Federal Defender Michael

13 Filipovic and Assistant Federal Defender Dennis Carroll to withdraw as counsel for

14 Antonio Smith in case nos. CR18-012-RSL and CR18-246-RSL. The Court finds that

15 good cause exists and counsel's withdrawal is in the interests of justice. Appointment of

16 substitute counsel will be made from the CJA Panel.

17     IT IS NOW ORDERED that the Office of the Federal Public Defender is

18 withdrawn from this case, and substitute counsel shall be appointed from the CJA

19 Panel.

20     DATED this 16ᵗʰ day of April 2019.

21

22

23          _____
          ROBERT S. LASNIK

24          UNITED STATES DISTRICT JUDGE

25 Presented by:

26 s/ *Michael Filipovic*
 Federal Public Defender

ORDER TO WITHDRAW AS COUNSEL AND
FOR SUBSTITUTION OF CJA COUNSEL
(*Antonio Smith*, Nos. CR18-012 & CR18-246) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**