The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTONIO P. SMITH,<br>Defendant. | NO. CR18-246RSL<br>NO. CR18-012RSL<br><br>~~(PROPOSED)~~ **ORDER SEALING EXHIBIT A TO MOTION TO EXTEND RESTORATION TREATMENT** |

THE COURT hereby SEALS Exhibit A to the Government's Motion to Extend Restoration Treatment.

DATED this 23rd day of September, 2019.

*/s/ S. Lasnik*
HON. ROBERT S. LASNIK
United States District Court Judge

Presented by:

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assisted United States Attorney

ORDER SEALING - 1
U.S. v. SMITH/CR18-246RSL/CR18-012RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970