1

The Honorable Robert S. Lasnik

2

3

4

5

6

UNITED STATES DISTRICT COURT FOR THE
7
WESTERN DISTRICT OF WASHINGTON
8
AT SEATTLE

9

10
UNITED STATES OF AMERICA,

NO. CR18-246RSL
NO. CR18-012RSL

11
Plaintiff,

12
(PROPOSED) ORDER EXTENDING
COMMITMENT FOR RESTORATION
13
TREATMENT

v.

14
ANTONIO P. SMITH,

15
Defendant.

16

17      THE COURT, having reviewed the report, dated August 16, 2019, prepared by

18   Gillespie Wadsworth, Psy.D., and Mariya Leyderman, M.A., and having previously

19   reviewed the other materials submitted in this matter, including the competency

20   evaluation prepared by Dr. Ryan Nybo, Psy.D, dated February 4, 2019, hereby finds that

21   the requirements of 18 U.S.C. § 4241(d)(2)(A) are satisfied, *i.e.*, there is a substantial

22   probability that the defendant will attain the capacity to permit the proceedings to go

23   forward, given the improvement in his mental condition.

24      The COURT orders that the defendant remain in the custody of the Attorney

25   General for an additional 120 days from the date his last evaluation period expired, *i.e.*,

26   he shall remain in custody until December 26, 2019.  The conditions of treatment shall be

27   subject to the same restrictions and conditions set forth in the Court's Order, dated

28

ORDER EXTENDING RESTORATION TREATMENT - 1
U.S. v. SMITH/CR18-246RSL/CR18-012RSL

February 22, 2019.  The Bureau of Prisons shall have an additional 14 working days after the extended evaluation period to submit a final report to the Court.

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(1) and (h)(4), that the period of delay resulting from the commitment period and other proceedings related to the defendant's mental competency, including any time leading up to and including the Court's hearing concerning defendant's competency following examination and treatment, shall be excluded in the computation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et al.*

DATED this 23rd day of September, 2019.

HON. ROBERT S. LASNIK
United States District Court Judge

Presented by:

*s/ Thomas M. Woods*
THOMAS M. WOODS
Assisted United States Attorney

ORDER EXTENDING RESTORATION TREATMENT - 2
U.S. v. SMITH/CR18-246RSL/CR18-012RSL