The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO P. SMITH,<br><br>　　　　　Defendant. | NO. CR18-0246RSL<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　THE COURT, having reviewed the prior competency and restoration reports submitted in this matter, concludes that Smith is incompetent to stand trial and that he is unlikely to be restored to competency in the future.

　　In light of these circumstances, the Court dismisses the action without prejudice.

　DATED this 25th day of March, 2021.

*/s/ Robert S. Lasnik*
HON. ROBERT S. LASNIK
United States District Court Judge

Presented by:

TESSA M. GORMAN
Acting United States Attorney

/s/ Thomas Woods
THOMAS M. WOODS
Assisted United States Attorney

/s Thomas W. Hillier
THOMAS W. HILLIER
CAROLYN S. GILBERT